745 A.2d 1215

COMMONWEALTH of Pennsylvania, Appellee,

v.

Rafael SANTOS, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 31, 2000.

Decided Feb. 17, 2000.

Robert Long, Chief Public Defender, George M. Goodge, Asst. Public Defender, Public Defender's Office, for Rafael Santos.

James B. Martin, Dist. Atty., Stephen Van Natten, Dist. Attorney's Office, Douglas G. Reichley, Allentown, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices ZAPPALA and NIGRO dissent and would reach the merits.